HONORABLE TARA LIN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

EDUADO J. GONZALEZ QUINONES,

Plaintiff,

vs.

FORD MOTOR COMPANY,

Defendant.

CASE NO.: 2:25-CV-00968-TL

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND FORD MOTOR COMPANY'S TIME TO ANSWER OR OTHERWISE PLEAD

THIS MATTER came before this Court on a stipulated motion of Ford Motor Company to extend its time to answer or otherwise plead. The Court has considered the following:

1.  Stipulated Motion of Ford Motor Company to Extend Time to Answer or Otherwise Plead;

Now being fully advised on the matter and for good cause shown:

IT IS HEREBY ORDERED that Ford Motor Company's Motion is GRANTED. The deadline for Ford Motor Company to answer or otherwise plead in this matter will be July 11, 2025.

Dated this  29th  day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER EXTENDING TIME OF FORD MOTOR COMPANY TO ANSWER OR OTHERWISE PLEAD - 1
CASE NO.: 2:25-CV-00968-TL

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Telephone: (206) 332-1380

Case 2:25-cv-00968-TL   Document 6   Filed 05/29/25   Page 2 of 3

Presented by:

**BAKER & HOSTETLER LLP**

*s/ Cornelia Brandfield-Harvey*
Cornelia Brandfield-Harvey, WSBA #59746
999 Third Avenue, Suite 3900
Seattle, WA 98104
T: 206-332-1380
cbrandfieldharvey@bakerlaw.com

*Attorney for Defendant Ford Motor Co.*

[PROPOSED] ORDER EXTENDING TIME OF FORD MOTOR COMPANY TO ANSWER OR OTHERWISE PLEAD - 2
CASE NO.: 2:25-CV-00968-TL

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Telephone: (206) 332-1380

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2025, a true and correct copy of the foregoing document was served via email to Plaintiff's counsel below:

George Stanley
Armig Khodanian
Prestige Legal Solutions, P.C.
701 Fifth Avenue, Suite 4200
Seattle, WA 98104
Phone:  206-581-2665
gstanley@plsfirm.com
akhodanian@plsfirm.com

*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　*s/ Cheryl A. Phillips*
　　　　　　　　　　　　　　　　　Cheryl A. Phillips
　　　　　　　　　　　　　　　　　Legal Assistant to Cornelia Brandfield-Harvey

---

[PROPOSED] ORDER EXTENDING TIME OF FORD MOTOR COMPANY TO ANSWER OR OTHERWISE PLEAD - 3
CASE NO.: 2:25-CV-00968-TL

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Telephone:  (206) 332-1380